**Electronically Filed
Supreme Court
SCPW-20-0000560
19-OCT-2020
09:05 AM
Dkt. 21 ODSM**

SCPW-20-0000560

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

ISAIAH W. MCCOY, Petitioner,

vs.

THE HONORABLE TODD W. EDDINS, Judge of the Circuit Court of the
First Circuit, State of Hawai‘i, Respondent Judge,

and

STATE OF HAWAI‘I and FRANCIS SEQUEIRA, Warden,
O‘ahu Community Correctional Center, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 1CPC-19-0001279)

ORDER DISMISSING AMENDMENT TO
PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Kuriyama, assigned by reason of vacancy)

On October 15, 2020, petitioner Isaiah W. McCoy filed an amendment to his petition for writ of habeas corpus. Upon consideration of the amendment and the record, it appears that this court denied the petition for writ of habeas corpus by order entered on October 1, 2020. The original proceeding is closed and petitioner does not demonstrate that he is entitled to relief in this closed proceeding. Accordingly,

IT IS HEREBY ORDERED that the amendment to the petition for writ of habeas corpus is dismissed.

DATED: Honolulu, Hawaiʻi, October 19, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Christine E. Kuriyama